# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC HAMILTON

NO. 2019 KW 0887

SEP 3 0 2019

---

In Re:     Eric Hamilton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 507-833.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT